IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RHONDA MILLER,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 13-3993 |
| | : | |
| **KUTZTOWN UNIVERSITY and** | : | |
| **DR. ROBERT REYNOLDS,** | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 10th day of December, 2013, upon consideration of Defendant Kutztown University's motion to dismiss the amended complaint (Doc. No. 11) and any responses thereto, it is hereby **ORDERED** that Kutztown University's motion is **DENIED**.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.