# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | |
| **RHONDA MILLER,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 13-3993** |
| | : | |
| **KUTZTOWN UNIVERSITY and** | : | |
| **DR. ROBERT REYNOLDS,** | : | |
| **Defendants.** | : | |

## O R D E R

**AND NOW**, this 10th day of December, 2013, upon consideration of Defendant

Dr. Robert Reynolds's motion to dismiss the amended complaint (Doc. No. 12) and any

responses thereto, it is hereby **ORDERED** that Dr. Reynolds's motion is **DENIED**.


                              BY THE COURT:


                              /s/Lawrence F. Stengel
                              LAWRENCE F. STENGEL, J.