IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RHONDA MILLER,

V.

KUTZTOWN UNIVERSITY, et al

Civil Action No. 13-3993 LS

ORDER

**AND NOW, TO WIT:** This 4th day of MARCH , 2014, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs. The Court intends to retain jurisdiction for one hundred eighty (180) days from now for enforcement purposes only.

**MICHAEL E. KUNZ**, Clerk of Court

**By:** /ss/ Carlene L. Jones
  Carlene L. Jones,
  Deputy Clerk
  Judge Henry S. Perkin

Civ 2 (7/95)
41.1(b)